# United States District Court

**DISTRICT OF** _____

FILED by _____ D.C.

AUG 2 2000

CLERENCE MADDOX
C'ERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

FRED STRUM, a/k/a "Fred Sturm"

## CRIMINAL COMPLAINT

CASE NUMBER: 00-4191-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  6/23, 7/5, 7/20, 7/25, 8/01/2000  in  Broward  county, in the Southern  District of  to did  Florida  defendant(s) did, (Track Statutory Language of Offense)
Commit the offense of Bank robbery, in that he by force and violence or intimidation take from the person or presence of another, property belonging to and in the care, custody, control, management or possession of Bank Atlantic and Bank of America, institutions that are insured by the Federal Deposit Insurance Corporation.

in violation of Title  18  United States Code, Section(s)  2113(a)  .

I further state that I am a(n)  Special agent  and that this complaint is based on the following
Official Title

facts:

See attached affidavit incorporated by reference.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

TYE R. SAGER
Signature of Complainant

Sworn to before me and subscribed in my presence,

8-2-00
Date

at  Ft. Lauderdale, FL.
City and State

BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AFFIDAVIT

I, TYE R. SAGER, being duly sworn, depose and state:

1. I am employed as a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for 25 years. I have received training in the investigation of violation of federal law, including bank robbery. I have worked bank robberies for a total of fifteen years. The facts contained in this affidavit are based on my own investigation, information provided to me by other agents, members of the Hollywood Department and other police departments, and a known associate of subject FREDERICK AARON STRUM. These are not all of the facts known to the affiant regarding this matter but only those facts germane to a determination of probable cause.

2. On June 23, 2000, at approximately 11:45AM, the Bank Atlantic, 5600 North University Drive, Tamarac, Florida was robbed by a lone white male who presented a demand note. The demand note read: "keep hands in sight! Large bills no wraped bills, no dye packs no body hurt! Move quickly!!!" The teller complied and gave the robber $4579 in U.S. Currency belonging to Bank Atlantic. The demand note was recovered at the scene.

3. Subsequent to this robbery, the FBI was contacted by Detective EDDIE GOLDBACH, Hollywood Police Department, who indicated he had been provided information

1

from a confidential informant that one FRED STURM, aka FRED STRUM was responsible for the bank robbery. Based on this information, I identified this individual as FRED STRUM, date of birth June 23, 1963, height 6'3", weight 180 lbs. I noted STRUM's physical description was identical with that of the bank robber. I obtained a previously taken booking photograph of STRUM from the Hollywood Police Department. In addition, a photographic array containing a photograph of STRUM and photographs of five similar looking individuals was composed by the Hollywood Police Department.

4. On July 5, 2000, the Bank of America, 1900 Tyler Street, Hollywood, Florida was robbed at approximately 11:35 AM by a lone white male who presented a demand note. The teller complied and the robber escaped with $7,014 in U. S. Currency. He was seen departing the area on a bicycle. The demand note was recovered at the scene. The demand note read "Keep hands visible! Large Bills only No dye, No Bundled Bills No Body Hurt! Move Quickly!" Based on the similarity of comparisons of physical description, modus operandi, and contents of the demand notes, I believe the same individual that committed this bank robbery also robbed the Bank Atlantic, 5600 N. University Drive, Tamarac, Florida on June 23, 2000.

5. On July 6, 2000, I displayed the photographic array containing FRED STRUM to the victim teller of the July 5, 2000, Bank Atlantic robbery. The victim teller selected STRUM

2

as being the person who looks most like the individual who robbed him.

6. On July 10, 2000 I displayed the photographic array containing FRED STRUM to the victim teller of the Bank of America Robbery. The victim teller selected STRUM as being the person who looks most like the individual who robbed him.

7. On July 20, 2000, the Bank Atlantic, 3564 N. Ocean Boulevard, Ft. Lauderdale, Florida was robbed at approximately 12:00 PM by a lone white male who presented a demand note. The teller complied and the robber escaped with U. S. Currency. The demand note was recovered at the scene. The demand note read" Keep Your Hand IN Sight I Want Large Bills No Wrapped Bills NO Dye NO Body Hurt." Based on the similarity of comparisons of physical description, modus operandi and the demand notes, I believe the robber to be identical to the individual described in the above two robberies.

8. On July 21, 2000, I displayed the above described photographic array containing a photograph of FRED STRUM and five similar looking individuals to the victim teller of the July 20, 2000 robbery. The victim teller chose STRUM as being the individual who looked most like the robber.

9. On July 25, 2000, the Bank Atlantic, 5600 N. University Drive, Tamarac, Florida was once again robbed by a

3

lone white male who presented a demand note. The robber fled the bank on a bicycle with U.S. Currency. In addition, investigation revealed he hailed a taxicab a short distance away and was taken to the intersection of Sunrise Boulevard and State Road A1A in Ft. Lauderdale, Florida. Employees of the bank indicated that the robber was the same one who robbed the bank on June 23, 2000. The demand note was recovered at the scene and read" Keep Hands Visible! I Want Large Bills Move quickly Move quickly! And youll do just Fine." An interview of the taxicab driver that transported the bank robber after the July 25, 2000 robbery revealed the individual who got into his cab with a bicycle told him his name was "Fred".

10. On August 1, 2000, I showed the photographic array, mentioned above, to the victim teller in the robbery at Bank Atlantic, 5600 N. University Drive, Tamarac, Florida which had occurred on July 25, 2000. The teller chose the photograph of FRED STRUM as being the one who robbed her.

11. On August 1, 2000, the Bank Atlantic located at 1300 S.E. 17th street was robbed by a lone white male who presented a demand note. The demand note was recovered. The physical description matched that of the four prior bank robberies.

12. On August 2, 2000, I showed the photographic array, mentioned above, to the victim teller in the robbery at Bank Atlantic, located at 1300 S.E. 17th street, Fort

4

Lauderdale, Florida which had occurred on August 1, 2000. The teller chose the photograph of FRED STRUM as being the one who robbed her.

13. I have determined that the deposits of the four Bank Atlantics and The Bank of America that were robbed are all insured by the Federal Deposit Insurance Corporation (FDIC).

14. Based on ^the similarity of comparison of the physical descriptions, modus operandi and demand notes, I believe the same individual is responsible for the five above detailed bank robberies. Your affiant submits that there is probable cause to believe that defendant STRUM committed the bank robberies of the referenced Bank Atlantic Banks and Bank of America bank in violation of Title 18, United States Code, and 2113(a).

FURTHER AFFIANT SAYETH NAUGHT

Sworn to ~~and~~ 15th before me and subscribed in my presence this 2nd day of August 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE

FBI/S/A TYE R. SAGER