AO 442 (Rev 5/93) Warrant for Arrest    AUSA Lanigan   SA Tye Sager, FBI   (305) 957-7460

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

FRED STRUM, a/k/a "Fred Sturm",

**WARRANT FOR ARREST**

CASE NUMBER: 00-4191-BSS

FILED by D.C.
AUG 2
CLERK U.S. DIST. CT. FT. LAUD.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        FRED STRUM, a/k/a "Fred Sturm"
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Bank Robbery,

in violation of Title ___ 18 ___ United States Code, Section(s) 2113(a)

BARRY S. SELTZER                             U.S. MAGISTRATE JUDGE
Name of Issuing Officer                      Title of Issuing Officer

                                             8-2-2000    FT. LAUDERDALE, FLORIDA
Signature of Issuing Officer                 Date and Location

Bail fixed at $ PRETRIAL DETENTION    by _____
                                              Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Fred Strum

ALIAS: Fred Sturm

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI, 16320 NW Second Ave., N. Miami Beach, FL 33169