TPL:mp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6251** **CR-FERGUSON**

18 U.S.C. 2113(a)
18 U.S.C. 2

**MAGISTRATE JUDGE**
**SNOW**

UNITED STATES OF AMERICA,            :

v.                                                        :

FREDERICK STRUM,                        :
a/k/a "Fred Strum,"
a/k/a "Fred Sturm",                         :

            DEFENDANT.              :

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about June 23, 2000, at Tamarac, Broward County, in the Southern District of Florida, the defendant,

FREDERICK STRUM,
a/k/a "Fred Strum",
a/k/a "Fred Sturm",

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Bank Atlantic, approximately four thousand, five hundred and seventy-nine dollars ($4,579) in United States currency, belonging to and in the care, custody, control, management, and possession of Bank Atlantic, 5600 N. University Drive, Tamarac, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT II

On or about July 5, 2000, at Hollywood, Broward County, in the Southern District of Florida, the defendant,

**FREDERICK STRUM,**
a/k/a "Fred Strum",
a/k/a "Fred Sturm",

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Bank of America, approximately seven thousand and fourteen dollars ($7,014) in United States currency, belonging to and in the care, custody, control, management, and possession of Bank of America, 1900 Tyler Street, Hollywood, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT III

On or about July 20, 2000, at Ft. Lauderdale, Broward County, in the Southern District of Florida, the defendant,

**FREDERICK STRUM,**
a/k/a "Fred Strum",
a/k/a "Fred Sturm",

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Bank Atlantic, approximately seven hundred and fifty-seven ($757.00) in United States currency, belonging to and in care, custody, control, management, and possession of Bank Atlantic, 3564 N. Ocean Boulevard, Ft. Lauderdale, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT IV

On or about July 25, 2000, at Ft. Lauderdale, Broward County, in the Southern District of Florida, the defendant,

FREDERICK STRUM,
a/k/a "Fred Strum",
a/k/a "Fred Sturm",

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Bank Atlantic, approximately one thousand, six hundred and eighty-dollars ($1,680.00) in United States currency, belonging to and in the care, custody, control, management, and possession of Bank Atlantic, 5600 N. University Drive, Tamarac, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT V

On or about August 1, 2000, at Ft. Lauderdale, Broward County, in the Southern District of Florida, the defendant,

FREDERICK STRUM,
a/k/a "Fred Strum",
a/k/a "Fred Sturm",

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Bank Atlantic, approximately four thousand, three hundred and eighty-five dollars ($4,385.00) in United States currency, belonging to and in the care, custody, control, management, and possession of Bank Atlantic, 1300 S.E. 17th Street, Ft. Lauderdale, Florida, a

bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

*L. Roth*

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

THOMAS P. LANIGAN
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v.<br>FREDERICK STRUM a/k/a | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Fred Strum, a/k/a Fred Sturm<br>_____ / | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB ___ FTP

New Defendant(s)        Yes ___    No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO_____
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days          __X__      Petty      ____
   II   6 to 10 days         ____       Minor      ____
   III  11 to 20 days        ____       Misdem.    ____
   IV   21 to 60 days        ____       Felony     __X__
   V    61 days and over     ____

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___YES___
   If yes:
   Magistrate Case No.  00-4191-BSS_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of  8/3/2000 _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)_____NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No.

/s/ Thomas P. Lanigan
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500033

*Penalty Sheet(s) attached                                       REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __FREDERICK STRUM__     No.: _____

Counts #: 1-5  Bank Robbery, 18:2113(a)_____

*Max Penalty: Twenty years' imprisonment, three year period of supervised release and

$250.00 fine_____

Count #:_____

*Max Penalty:_____


Count #:_____

*Max Penalty:_____


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96