UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6251-CR-FERGUSON

D.O.C. PRISONER BOOKING NUMBER: 143181

UNITED STATES OF AMERICA

    Plaintiff,

FREDERICK STRUM, a/k/a
FRED STURM

    Defendant.
_____/



### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. An Indictment is pending in the Court against FREDERICK STRUM, a/k/a FRED STURM above styled case, and it is set for an Initial appearance on October 10, 2000, at the United States Federal Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida.

2. FREDERICK STRUM, a/k/a FRED STURM D.O.C. Prisoner Number 143181, is now confined in Broward County Jail, Fort Lauderdale, Florida.

3. It is necessary to have said defendant before this Court for the Initial Appearance as aforesaid.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said FREDERICK STRUM, a/k/a FRED



STURM and have subject before the Court at the time and place above specified, then and there to arraign as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said FREDERICK STRUM, a/k/a FRED STURM into the custody of any United States Marshal for the aforesaid purpose.

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: *Thomas P. Lanigan*
        THOMAS P. LANIGAN
        ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. ATTORNEY (Lanigan)