UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6251-CR-FERGUSON

D.O.C. PRISONER BOOKING NUMBER: 143181

UNITED STATES OF AMERICA

Plaintiff,

FREDERICK STRUM, a/k/a
FRED STURM

Defendant.
_____/



## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: ANY UNITED STATES MARSHAL, and WARDEN, of the Broward County Jail, Fort Lauderdale, Florida

1. It appearing from the petition of the United States of America that FREDERICK STRUM, a/ka FRED STURM, Prisoner Number 143181, a defendant in the above entitled case, is confined in the Broward County Jail, and that said case is set for an Initial Appearance at the United States Federal Courthouse, 299 E. Broward Blvd., Ft. Lauderdale, Florida on October 10, 2000, and that it is necessary for the said defendant to be before this Court for the said proceeding;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said FREDERICK STRUM, a/k/a FRED STURM, now in custody as aforesaid, under safe and secure conduct, before this Court at 299 E. Broward Blvd., Fort Lauderdale, Florida by or before 9:30 a.m., on October 10, 2000, for Initial Appearance on the criminal



charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Broward County Jail at Fort Lauderdale, Florida to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, ~~the body of the said FREDERICK STRUM a/k/a FRED STURM~~ for ~~safe and secure conduct to this district for this writ~~, the body of the said FREDERICK STRUM, a/k/a FRED STURM for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Fort Lauderdale, Florida, this ___3RD___ day October, 2000.

```
                    _____
                    UNITED STATES MAGISTRATE JUDGE
                    BARRY S. SELTZER
```

cc:   U.S. Attorney (Lanigan)
      U.S. Marshal (4 certified copies)
      Chief Probation Officer