## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | FREDERICK STRUM (J) #143181 | CASE NO: | 00-6251-CR-FERGUSON |
| AUSA: | THOMAS LANIGAN - *pres* | ATTY: | |
| AGENT: | | VIOL: | 18:2113 |
| PROCEEDING: | INITIAL APPEARANCE ON INDICTMENT | RECOMMENDED BOND: | PRETRIAL DETENTION |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | | To be cosigned by: | |

FILED by _____ D.C.
OCT 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Deft advised of charges - sworn in for apptmt of counsel

Stipulated bond of 500,000 CSB w/ Nebbia set w/ gov't reserving right to request PTD should deft seek to post or reduce bond

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 10/31 | 11 | BSS | |

DATE: 10/10/00    TIME: 11:00    FTL/LSS TAPE # 00 - 05 |    Begin: 163    End: 353

6