UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6251-CR-Ferguson

UNITED STATES OF AMERICA

vs

FREDERICK STRUM

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 10, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name: _____FPD_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED: $____STIPULATED 500,000 CSB w/NEBBIA_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __10TH__ day of __OCTOBER_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

BY:_____
   Deputy Clerk

Tape No. __00-051_____

cc: Copy for Judge
    U. S. Attorney