AO 442 (Rev. 5/93) Warrant for Arrest    AUSA Lanigan    SA Tye Sager, FBI    (305) 957-7460

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA    495465

UNITED STATES OF AMERICA

v.

FRED STRUM, a/k/a "Fred Sturm",

**WARRANT FOR ARREST**

CASE NUMBER: 00-4191-BSS
00-6251-CR-WDF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _FRED STRUM, a/k/a "Fred Strum"_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

___ Indictment    ___ Information    ___ Complaint    ___ Order of court    ___ Violation Notice    ___ Probation Violation Petition

charging him or her with (brief description of offense)
Bank Robbery,

NIGHT BOX FILED
OCT 11 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

in violation of Title ___18___ United States Code, Section(s) _2113(a)_

BARRY S. SELTZER
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_signature_
Signature of Issuing Officer

8-2-2000    FT. LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ PRETRIAL DETENTION    by _signature_
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/2/00 | James A. Tassone | |
| DATE OF ARREST | United States Marshal | Edward Purchase, SDUSM |
| 10/10/00 | Southern District of Florida | |

This form was electronically produced by Elite Federal Forms, Inc.