UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55486-004

UNITED STATES OF AMERICA )
Plaintiff )   Case Number: CR 00-4191-CR-BSS
) REPORT COMMENCING CRIMINAL
-vs- )   ACTION
)   00-6251-CR-WDF
FRED A. STRUM )
Defendant

*********************************************************

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
U.S. District Court    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

*********************************************************

All items are to be completed. Information not applicable
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-10-00     am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: BANK ROBBERY

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 6-23-63

(6) Type of Charging Document: (check one)
[X] Indictment   [ ] Complaint   To be filed/Already filed
Case# WHCAP FROM BROWARD CO. JAIL
[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SD/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES  [ ]NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 10-10-00   (9) Arresting Officer: GRANT

(10) Agency: USMS     (11) Phone:

(12) Comments:

15