COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Frederick Strum (no deft)    CASE NO: 00-6251-CR-Ferguson

AUSA: Tom Lanigan / Kathleen Rice    ATTNY: FPD Pat Hunt for Berube

AGENT:    VIOL:

PROCEEDING: Status Conference    BOND REC:

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
   ___ Electronic Monitoring

Discovery out
no motions
3 days to try
Gov't ready.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 10-31-00    TIME: 11:00am    TAPE # 00-088    PG # 10

11:20am    30 - 344    17