UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6251-CR FERGUSON

UNITED STATES OF AMERICA,

VS.

FREDERICK STRUM,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on October 31, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three days to try.

2. Defense counsel informed the Court that he just recently received the Government's discovery response. He does not know at this time whether the matter will proceed to trial or will be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this 31st day of October 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Thomas Lanigan, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant