UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6251-CR-FERGUSON

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

FREDERICK STRUM, (J)
        Defendant.

**MINUTES**
**CHANGE OF PLEA**

FILED by _____ D.C.
JAN 4 2000

On January 4, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Robert Berube, AFPD, appointed by the **Court**/retained by the defendant, and said defendant stated in open court that **he**/her desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) 1 & 2 of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing until **3/16/01** at 11:30 a.m.,

(X)    and the defendant was allowed to remain on present bond until then;

( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>