# SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6251-CR-W/F

DEFENDANT: Frederick Strum

JUDGE: WILKIE D. FERGUSON

Deputy Clerk: TROY T. WALKER

DATE: March 16, 2001

Court Reporter: Brynn Dockstader

USPO: Frank Smith

AUSA: D. Washington for J. Lunigan

Deft's Counsel: Robert Berube, FPD

COUNTS DISMISSED: All Others

_____ Deft. Failed to Appear - Warrant to be Issued - Bond  D.C.

MAR 20 2001

Right to appeal

_____ Sentencing cont'd until ___/___/___ at _____ AM/PM

### JUDGMENT AND SENTENCE

Imprisonment   Years _____   Months 70   Counts 1 & 2 to run concurrently

Supervised Release: 3 yrs as 1 & 2. (See J&C for details)

Probation   Years _____   Months _____   Counts _____

Comments: _____

Assessment $ 200.00     Fine $ none

Restitution /Other $ 10,192.00

### CUSTODY

_____ Remanded to the Custody of the U.S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on ___/___/___

Commitment Recommendation: That the defendant is incarcerated at Butner, NC.

23