DEFENDANT:    FREDERICK STRUM, (J) 55486-004

CASE NUMBER:    0:00CR06251-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    70    month(s)    .

As to each of counts one and two to be served concurrently.

This Court does not oppose this sentence running concurrent with any sentence that is imposed in State Court.

☒    The court makes the following recommendations to the Bureau of Prisons:

That the defendant is incarcerated Butner, NC.

Upon the eligibility of this defendant, he shall participate in the 500 Hour drug program at Butner, NC or any other institution that offers the program.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at    _____ a.m./p.m.  on    _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on    _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on    5.8- 01    to    Fox Butner, NC.

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By    _____

Deputy U.S. Marshal