UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6251-CR-MARRA

USA
Plantiff(s)

(previously 00-6251-CR-Ferguson)

v

FREDERICK STRUM

Defendant(s)

CLERK'S CERTIFICATE AND ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. and Local Rule 4, providing for the random and equal allotment of cases, this cause will be reassigned to the calender of the below listed Judge.

All pleadings hereafter filed shall bear the assigned case number followed by the surnames of the following District Judge.

District Judge - 00-6251-CR-MARRA

Copies of this Order shall be served on all pending parties of record by U.S. Mail. All documents for filing in this case shall carry the following case number and designation:

00-6251-CR-MARRA

By Order of the Court this __19__ day of __January__ 200_6_, Ft. Lauderdale, Florida.

CLARENCE MADDOX, CLERK

By: _____
Deputy Clerk