**United States Government**
**MEMORANDUM**

FILED by _____ D.C.
IN ___
___ 2006
LAWRENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - FT. LAUD.

DATE:   January 13, 2006

FROM:   Patricia Brinson, USPO
        Hollywood Probation Office
        954-769-5511

SUBJECT: STRUM, Frederick
         Docket No.: 00-6251-CR-~~Ferguson~~ Marra
         SD/FL PACTS No.: 76746

TO:     Michael Beck, Northern District Operations Manager
        Ft. Lauderdale Courthouse, Ft. Lauderdale, Florida

### REQUEST FOR RE-ASSIGNMENT FOR
### A CASE OF THE HONORABLE WILKIE D. FERGUSON, JR.

   Please find enclosed Probation Form 12B; Probation Form 49 (Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision); PSI; and J&C on the above-named offender. The intent of this memorandum is to request re-assignment of this case to a new judge.

   Subsequently, it is requested that the attached packet be forwarded to the respective judge and this officer be informed of the new judge's name.

   Than you for your attention in this matter. If you have any questions, please contact this officer at the number indicated above.

                                           Respectfully submitted,