PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 76746

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>0:00CR06251-001-MARRA</u>



FILED by mat D.C.
AUG -3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Frederick Strum

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Judge, United States District Court, Ft. Lauderdale, FL

Judicial Officer Reassignment January 19, 2006 to: The Honorable Kenneth A. Marra, Judge, United States District Court, Ft. Lauderdale, FL

Date of Original Sentence: March 16, 2001

| | |
|---|---|
| Original Offense: | Ct. 1) Bank Robbery, in violation of Title 18 U.S.C. § 2113(a), a Class C felony; Ct. 2) Bank Robbery, in violation of Title 18 U.S.C. § 2113(a), a Class C felony |
| Original Sentence: | Seventy (70) months custody of the United States Bureau of Prisons as to each of counts one and two, to be served concurrently to be followed by three (3) years of supervised release upon release from imprisonment. Special conditions include: 1) the defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of service rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment; 2) the defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer and 3) the defendant shall participate in an inpatient/outpatient mental health treatment program as directed by the U.S. Probation Officer. The defendant will contribute to the costs of service rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment. An assessment of $200.00 and restitution in the amount of $10,793.00 were ordered. |
| | **January 20, 2006:** Conditions modified to include the defendant pay restitution at the rate of $25.00 per month until such time as the court may alter that payment schedule in the interests of justice. |



PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 76746

Type of Supervision: Supervised Release

Date Supervision Commenced: September 2, 2005

Assistant U.S. Attorney:  
Thomas P. Lanigan  
500 E. Broward Blvd., 7th Floor  
Ft. Lauderdale, FL 33301  
954-356-7255

Defense Attorney:  
Robert Berube, AFPD  
101 NE 3rd Avenue, Suite 202  
Ft. Lauderdale, FL 33301-1145  
954-356-7436  
954-356-7556 (fax)

# PETITIONING THE COURT

[X] To issue a warrant  
[] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 31, 2006 in Broward County, FL, the Broward County Sheriff's Office charged the defendant with Robbery (Strong Arm), contrary to Florida State Statute 812.13(1) and Florida State Stature 812.12(2)(c), (L6). |
| | The defendant was charged with Robbery (Strong Arm) by the Broward County Sheriffs Office after an investigation identified the defendant in a video surveillance tape robbing a Citibank located in Deerfield Beach, FL on or about July 26, 2006. |

PROB 12C  
(SD/FL 3/05)                                                                                   SD/FL PACTS No. 76746

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be  
[X]  revoked.  
[ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 31, 2006__

_____  
Patricia Brinson  
U.S. Probation Officer  
Phone: 954-769-5511

---

THE COURT ORDERS:

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

__8/3/06__  
Date