In The U.S. District Court
Southern District of Florida
Fort Lauderdale, Florida

00-6251 CR-KAM

FREDERICK A. STURM
(A.K.A.) FREDERICK STRUM
    DEFENDANT

V.

UNITED STATES OF AMERICA
    PLAINTIFF

CASE NO. _____



V.O.S.R.
FILED by ___ D.C.
INTAKE
MAR 5 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## NOTICE OF INTENTION

Comes now defendant, FREDERICK A. STURM (A.K.A) FREDERICK STRUM, D.C.# 195718, REG.# 55486-004 to move this honorable court to set procedure to activate case no. _____, and to set docket to hear Federal V.O.S.R. pending against defendant, to wit, proceed to prosecute and not withold due process in case number, _____ of V.O.S.R., wherein would satisfy all parties concerned thereof.

The forcoming is cause for procedure to activate case no. _____, to wit defendant, FREDERICK A. STURM (A.K.A) FREDERICK STRUM, D.C.# 195718, REG# 55486-004, is in custody, and at the courts means to prosecute.

DEFENDANTS DESIRE/REQUEST TO THIS HONORABLE COURT IS TO SET AN ACTIVE DOCKET DATE FOR HEARING AND PROCEED IN V.O.S.R. TO CONFER TRANSACTION TO RID COURT OF ACTIVE CASE NO. _____. DEFENDANT SEEKS TO HAVE THIS HONORABLE COURT RUN CASE NO.- _____ CONCURRENT WITH FLORIDA DEPARTMENT OF CORRECTIONS CONVICTION OF EIGHT (8) YEARS CURRENT--LY SERVING, WHEREIN WOULD SATISFY ALL PARTIES THERE OF.

DEFENDANT EMPHASIZES THAT IF COURT FAILS TO PROCEED AND DELAYS UNTILL THE COMPLETION OF PRESENT FLORIDA DEPARTMENT OF CORRECTIONS SENTENCE, THE END OF SENTENCE DATE WILL EXCEDE THE STATUTORY TIME OF SEVEN (7) YEARS TO PROSECUTE WHILE DEFENDANT IS IN CUSTODY AND WITHIN THE MEANS TO PROSECUTE, WOULD DENY DEFENDANT OF HIS CIVIL RIGHTS OF DUE PROCESS WITHIN THE 4TH AMENDMENT OF THE UNITED STATES CONSTITUTION. TO DELAY PROSECUTION UNTILL COMPLETION OF FLORIDA DEPARTMENT OF CORRECTIONS SENTENCE WOULD CONSTITUTE A DIRECT VIOLATION OF DEFENDANTS 8TH AND 14TH AMENDMENTS. TO DELAY/PROSCRIBE CASE NO. _____ FELONY V.O.S.R. WOULD DENY DUE PROCESS.

Wherein defendant seeks to confer with the court of jurisdiction and prosecutor for interaction of procedure, and to set active docket date for the final disposition of case no. _____, on the V.O.S.R. file. Thus purpose Federal V.O.S.R sentence to run concurrent with Florida D.O.C. sentence, with all county jail incarceration be acredited due of time served and/or before Federal detainer filed on 8/10/06 wherein would satisfy all parties concerned.

Done on this day ~~February~~ 22 2007
By - Frederick Sturm (A.K.A) Frederick Strum
At - Apalachee Correctional Institution, East Unit,
35 Apalachee Drive
Sneads, Florida 32460

## Summary/Conclusion

Due to the civil rights held to be violated, defendant does not need to cite any supported case law, and gives defendant rights to proceed in form of writ to protect his constitutional rights herein. Based upon the issues stated in this Petition of intention, Defendant requests that this information be forwarded to all prosecuting officers and/or courts of jurisdiction.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing information has been furnished by U.S. mail, via hand delivery to prison personnel, to the following parties of interest, this 22 day of February, 2007

/s/ [signature]

Frederick A. Sturm
(AKA) Frederick Strum
D.C. # 195718
Reg. # 55486-004
Apalachee Correctional Institution
35 Apalachee Dr. East Unit 02-181-S
Sneads, Florida 32460