UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6251-Cr-Marra

                Plaintiff,

vs.

FREDERICK A. STURM,

                Defendant.

_____/

ORDER

THIS CAUSE is before the Court upon the Notice of Intention filed by Defendant Frederick A. Strum. After due consideration of the record and the motion, it is hereby

ORDERED and ADJUDGED that Defendant's request that the Court set a procedure to hear the petition alleging Defendant has violated the terms of his supervised release is DENIED until such time as Defendant is in the custody of Federal authorities.

DONE and ORDERED at West Palm Beach, Florida, in chambers this 15th day of March 2007.

                                                  KENNETH A. MARRA
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:

    U.S. Attorney -
    Frederick A. Sturm
    DC #195718
    Reg 55486-004
    Apalachee Correctional Institution
    35 Apalachee Dr. East Unit 02-181-5
    Sneads, Florida 32460